# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

TranCentral, Inc.,

       Plaintiff,

v.

Martin Marietta Materials, Inc., Martin
Marietta Aggregates, a division of Martin
Marietta Materials, Inc.,

       Defendants.

Civil No. 08-1510 (RHK/AJB)

**ORDER**

Pursuant to the parties' Stipulation (Doc. No. 7), **IT IS ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE**; each party shall bear their own costs and attorney's fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  November 22, 2010

                       s/Richard H. Kyle
                       RICHARD H. KYLE
                       United States District Judge